**PESTOTNIK LLP**
Timothy R. Pestotnik, State Bar No. 128919
tim@pestotnik.com
Russell F. Winslow, State Bar No. 245031
russ@pestotnik.com
501 W. Broadway, Suite 1025
San Diego, California 92101
(619) 237-5080

**EIMER STAHL LLP**
Nathan P. Eimer (*pro hac vice forthcoming*) IL Bar No. 00735353
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice forthcoming*) IL Bar No. 6243025
vjacobsen@eimerstahl.com
Alec Solotorovsky (*pro hac vice forthcoming*) IL Bar No. 6297666
asolotorovsky@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600

*Attorneys for Plaintiffs*

(Additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMPASS, INC. and COMPASS CALIFORNIA III, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO MULTIPLE LISTING SERVICE, INC.,<br><br>Defendant. | Case No. 26CV6446 BAS JLB<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES**<br><br>**[LOCAL RULE 40.1(f)]** |

Pursuant to Civil Local Rule 40.1(f), Plaintiffs Compass, Inc. and Compass California III, Inc. (together, “Compass”) give notice of the pending actions listed below. No related action is pending in this District, and Defendant San Diego Multiple Listing Service, Inc. (“SDMLS”) is not a party to any of them.

The pending actions listed in the chart below do not arise from the same or substantially identical transactions, happenings, or events; do not involve the same or substantially the same parties or property; do not involve the same patent or the same trademark; and do not involve a case refiled within one year of having previously been terminated by the Court. Further, assigning the cases to a single district judge would not save judicial effort, avoid duplication of labor, or produce other efficiencies because each case turns on a distinct defendant, rule, and local market, as discussed below.

The listed actions are related to this action only in a limited sense. In each listed action filed on October 16 and November 12, 2026, Compass, Inc. and one or more of its wholly-owned local brokerages allege a rule or rules adopted and enforced by a multiple listing service (“MLS”) in its own local market violated the antitrust laws. Each of the rules addresses similar subject matter, limiting when and how a listing may be publicly marketed before it is submitted to the MLS, but each was adopted by a different MLS and is enforced in its own market. In each action, Compass alleges that the challenged rule enacted by an MLS restrains competition and prevents Compass from offering its phased-marketing strategy (See It First™ on Compass) in that MLS’s market.

The two actions filed on October 5 and 21, 2026, are anticipatory declaratory-judgment suits in which certain MLSs, responding to Compass’s demand that the MLSs stop fining and punishing real estate professionals for publicly marketing office exclusive listings, seek declarations that their rules are lawful. Compass, Inc. has filed pre-motion letters in both actions on its anticipated

motions to dismiss these suits or, alternatively, to sever each plaintiff's claims and transfer them to the court where Compass's claims are pending.

Further, each case turns on a distinct defendant, rule, and local market. Here, Compass alleges that the relevant geographic market is no larger than SDMLS's service area, San Diego County. Compl. ¶ 41. Market definition, market power, and anticompetitive effects will be proven with evidence specific to that market. In this action, the key witnesses and documents are in San Diego County and will come from SDMLS; its sole shareholder, the San Diego Association of REALTORS®; the committee members who write and enforce SDMLS's rules; Compass California III, Inc.'s local brokerage personnel and agents in San Diego County; and local brokers and homeowners in San Diego County. Damages are likewise local. Compass seeks recovery for listings, commissions, ancillary revenue, and agent recruits lost in San Diego County because of SDMLS's rules, all measured by San Diego County transactions. Compl. ¶¶ 80–81, 83. The action against, for example, the Arizona Regional Multiple Listing Service, Inc. will likewise turn on Arizona-specific evidence. The overlap between the cases concerning the subject of the challenged rules and Compass's phased-marketing program does not justify coordinating cases that involve different defendants, markets, witnesses, and damages, particularly when the core conduct at issue here is SDMLS's adoption and enforcement of its rules in San Diego County.

**Pending Actions**

| Case Name | Case Number | Court | Date Filed |
|---|---|---|---|
| California Regional Multiple Listing Service, Inc., et al. v. Compass, Inc. | 1:26-cv-08796 | S.D.N.Y. | Oct. 5, 2026 |
| Arizona Regional Multiple Listing Service, Inc., et al. v. Compass, Inc. | 1:26-cv-09253 | S.D.N.Y. | Oct. 21, 2026 |

| Case Name | Case Number | Court | Date Filed |
|---|---|---|---|
| Compass, Inc., et al. v. California Regional Multiple Listing Service, Inc. | 5:26-cv-06121 | C.D. Cal. | Oct. 16, 2026 |
| Compass, Inc., et al. v. Arizona Regional Multiple Listing Service, Inc. | 2:26-cv-10493 | D. Ariz. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Combined L.A./Westside MLS, Inc. | 2:26-cv-13239 | C.D. Cal. | Nov. 12, 2026 |
| Compass, Inc., et al. v. BridgeMLS, Inc. | 4:26-cv-13647 | N.D. Cal. | Nov. 12, 2026 |
| Compass, Inc., et al. v. MLSListings Inc. | 5:26-cv-13652 | N.D. Cal. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Bay East Association of Realtors | 4:26-cv-13653 | N.D. Cal. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Contra Costa Association of Realtors | 4:26-cv-13655 | N.D. Cal. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Metrolist, Inc. | 1:26-cv-06027 | D. Colo. | Nov. 12, 2026 |
| Compass, Inc., et al. v. My Florida Regional MLS, Inc. | 6:26-cv-02651 | M.D. Fla. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Regional Multiple Listing Service of Minnesota, Inc. | 0:26-cv-04807 | D. Minn. | Nov. 12, 2026 |
| Compass, Inc., et al. v. North Carolina Regional MLS, L.L.C. | 7:26-cv-00450 | E.D.N.C. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Triangle MLS, Inc. | 5:26-cv-00906 | E.D.N.C. | Nov. 12, 2026 |

| Case Name | Case Number | Court | Date Filed |
|---|---|---|---|
| Compass, Inc., et al. v. Carolina Multiple Listing Services, Inc. | 3:26-cv-00971 | W.D.N.C. | Nov. 12, 2026 |
| Compass, Inc., et al. v. OneKey MLS LLC | 2:26-cv-07323 | E.D.N.Y. | Nov. 12, 2026 |
| Compass, Inc., et al. v. Houston Realtors Information Service, Inc. | 4:26-cv-09930 | S.D. Tex. | Nov. 12, 2026 |

Respectfully submitted,

November 18, 2026

PESTOTNIK LLP

/s/ Timothy R. Pestotnik
Timothy R. Pestotnik
tim@pestotnik.com
Russell F. Winslow
russ@pestotnik.com

Nathan P. Eimer (*pro hac vice forthcoming*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice forthcoming*)
vjacobsen@eimerstahl.com
Alec Solotorovsky (*pro hac vice forthcoming*)
asolotorovsky@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600

Brian Y. Chang (SBN 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: 408-889-1670

*Attorneys for Plaintiffs Compass, Inc. and Compass California III, Inc.*

# CERTIFICATE OF SERVICE

I, Chaovalai Chulasawan, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen and not a party to this action. My business address is 501 West Broadway, Suite 1025, San Diego CA 92101.

On November 18, 2026, I mailed served the **Plaintiffs' Notice of Related Cases** on Defendant at the following addresses:

| | |
|---|---|
| **SAN DIEGO MULTIPLE LISTING SERVICE, INC.**<br>4849 Ronson Court, Suite 216<br>San Diego, CA 92111 | *San Diego Multiple Listing Service, Inc.* |
| **SAN DIEGO MULTIPLE LISTING SERVICE, INC.**<br>c/o Alexis Gutierrez, Agent for Service of Process<br>Higgs Fletcher & Mack, LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101 | *Agent for Service of Process for San Diego Multiple Listing Service, Inc.* |

By: [signature]
Signature of Declarant

By: Chaovalai Chulasawan
Name of Declarant